No. 28. KONIGSBERG *v.* STATE BAR OF CALIFORNIA ET AL. Certiorari, 362 U. S. 910, to the Supreme Court of California; and

No. 58. IN RE ANASTAPLO. Certiorari, 362 U. S. 968, to the Supreme Court of Illinois. The motion of National Lawyers Guild for leave to file brief, as *amicus curiae,* is granted. *David Scribner, Leonard B. Boudin, Ben Margolis, William B. Murrish* and *Charles Stewart* for movant.

No. 32. GOMILLION ET AL. *v.* LIGHTFOOT, MAYOR OF THE CITY OF TUSKEGEE, ET AL. Certiorari, 362 U. S. 916, to the United States Court of Appeals for the Fifth Circuit. The motion of the United States for leave to participate in oral argument, as *amicus curiae,* is granted. The motion of American Civil Liberties Union for leave to file brief, as *amicus curiae,* is granted. *Solicitor General Rankin* for the United States. *Lawrence Speiser* for American Civil Liberties Union.

No. 73. RADIANT BURNERS, INC., *v.* PEOPLES GAS LIGHT & COKE Co. ET AL. Certiorari, 363 U. S. 809, to the United States Court of Appeals for the Seventh Circuit. The motion of Parmelee Transportation Company for leave to file brief, as *amicus curiae,* is granted. *Thomas C. McConnell* and *Lee A. Freeman* for movant. *Horace R. Lamb* for American Gas Association, Inc., respondent, in opposition.

No. 21. ARO MANUFACTURING Co., INC., ET AL. *v.* CONVERTIBLE TOP REPLACEMENT Co., INC. Certiorari, 362 U. S. 902, to the United States Court of Appeals for the First Circuit. The motion of the American Patent Law Association for leave to file brief, as *amicus curiae,* is denied.